## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-mj-7116-MAB | 06/24/2026 @ 4:00 PM | Trevon Collins |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

2x Buccal Swabs For DNA

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/24/2026

[signature]
*Executing officer's signature*

SA Jacob Frechette
*Printed name and title*